IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP ALLEN, *also known as* Phillip A. Dye, and REBECCA JANE, <br><br> Plaintiffs, <br><br> v. <br><br> FICTITIOUS FOREIGN STATE, STATE OF DELAWARE, INDYMAC BANK FSB, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 08-491-SLR ) ) ) ) ) ) ) |

**O R D E R**

At Wilmington this 20th day of August, 2008, the court having reviewed the application to proceed without prepayment of fees under 28 U.S.C. § 1915, to find that it was incomplete;

IT IS ORDERED that:

Plaintiff Phillip Allen shall, within twenty-one days from the date of this order, **either:** (1) complete questions 2 b. and 6 of the application to proceed without prepayment of fees form, and return the application to the Clerk of Court, **or** (2) pay in full the $350.00 filing fee.

Plaintiff Rebecca Jane shall, within twenty-one days from the date of this order, **either:** (1) complete an application to proceed without prepayment of fees form, and return the application to the Clerk of Court, **or** (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of**

this case without prejudice.

_____
United States District Judge