**Office of the Clerk**
**United States District Court**
**844 N. King Street, Lockbox 18**
**Wilmington, Delaware 19801-3570**

OFFICIAL BUSINESS

08cv491

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 AUG 26  PM 1:36

**Phillip Allen**
Postal Department 508
Odessa, DE 19730

NIXIE          197  DC 1        00  08/22/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 19899001818      *1727-21945-20-39

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP ALLEN,   *also known as* Phillip A. Dye, and REBECCA JANE, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 08-491-SLR |
| | ) |
| FICTITIOUS FOREIGN STATE, STATE OF DELAWARE, INDYMAC BANK FSB, | ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this   30th   day of August, 2008,

the court having reviewed the application to proceed without prepayment of fees under

28 U.S.C. § 1915, to find that it was incomplete;

IT IS ORDERED that:

Plaintiff Phillip Allen shall, within twenty-one days from the date of this

order, **either:** (1) complete questions 2 b. and 6 of the application to proceed without

prepayment of fees form, and return the application to the Clerk of Court, **or** (2) pay in

full the $350.00 filing fee.

Plaintiff Rebecca Jane shall, within twenty-one days from the date of this

order, **either:** (1) complete an application to proceed without prepayment of fees form,

and return the application to the Clerk of Court, **or** (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of**

this case without prejudice.

United States District Judge

✎AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

❐ petitioner/plaintiff/movant          ❐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ❐ Yes          ❐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ❐ Yes          ❐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | a. | Business, profession or other self-employment | ❐ Yes | ❐ No |
    |---|---|---|---|
    | b. | Rent payments, interest or dividends | ❐ Yes | ❐ No |
    | c. | Pensions, annuities or life insurance payments | ❐ Yes | ❐ No |
    | d. | Disability or workers compensation payments | ❐ Yes | ❐ No |
    | e. | Gifts or inheritances | ❐ Yes | ❐ No |
    | f. | Any other sources | ❐ Yes | ❐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?          ❐ Yes          ❐ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?          ❐ Yes          ❐ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much
    you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
          Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer
showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
account.

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

_____

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Defendant

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

❐ petitioner/plaintiff/movant          ❐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ❐ Yes          ❐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ❐ Yes          ❐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.


    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.


3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ❐ Yes          ❐ No
    b.  Rent payments, interest or dividends                   ❐ Yes          ❐ No
    c.  Pensions, annuities or life insurance payments         ❐ Yes          ❐ No
    d.  Disability or workers compensation payments            ❐ Yes          ❐ No
    e.  Gifts or inheritances                                  ❐ Yes          ❐ No
    f.  Any other sources                                      ❐ Yes          ❐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?          ☐ Yes          ☐ No

    If "Yes," state the total amount.          _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?          ☐ Yes          ☐ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.