# district-court of the United States: judicial-district of Delaware

Allen et al v. Fictitious Foreign State et al
Case Number: 1:08-cv-00491 SRL

## Præcipe – Notice of Address Change

**Old address:**

phillip-allen:
Postal Department 508
Odessa, DE 19730

**New Mail Location:**

phillip-allen:
General Post Office
Odessa, Delaware (19730)

*phillip - allen:*

