AO 240 (Rev. 10/03)

*ORIGINAL*

# UNITED STATES DISTRICT COURT

### District of Delaware

phillip-allen: family dye non-corporate entity

Plaintiff

V.

STATE OF DELAWARE AND INDYMAC
BANK, FSB: FITICIOUS FOREIGN STATES

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 08-491 SLR

I, phillip-allen: _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?     ☐ Yes     ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
        Last employment: June 30, 2000. Employer Dupont 10th and Market Street Wilmington, DE 19898. I do not have any pay records of the last employement.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

3 (g). Please do not confuse phillip-allen: family dye with the corporation known as PHILLIP A. DYE and is identified by ID Number 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.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   rebecca-jane:, spouse is the only dependent

I declare under penalty of perjury that the above information is true and correct.

September 2, 2008                    *phillip-allen ;*
_____                  _____
      Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# district-court of the United States:
## judicial-district of delaware

| | |
|---|---|
| phillip-allen: & rebecca-jane: non-corporate entity | ) CASE NUMBER: 08-491 ) |
| V | ) JUDGE: Sue L. Robinson ) |
| FICTITIOUS FOREIGN STATE: STATE OF DELAWARE & INDYMAC BANK, FSB | ) Claim Amended and Added: Related Case: ) Judge Kim R. Gibson, Case 3-2008-183 |

AND NOW, this    day of September 2008, the matter coming before the Court on the Plaintiff phillip-allen: Motion for Leave to Proceed *In Forma Pauperis* (Document No.   ), is GRANTED and the clerk shall notice the Plaintiff of the matter with instructions to proceed.

By the Court:

_____
Sue L. Robinson
district court of the united states